# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| Elizabeth Long, | ) Case No.: 5:22-cv-00923-JKP-ESC |
| Plaintiff, | ) Judge: Jason K. Pulliam |
| vs. | ) Magistrate Judge: Elizabeth S. Chestney |
| CAT Exteriors, *et al.*, | ) |
| Defendants. | ) |

## STIPULATED DISMISSAL WITH PREJUDICE

Under Federal Rule of Civil Procedure 41(a)(1), Plaintiff Elizabeth Long and Defendants CAT Exteriors and Kensington Marketing Group hereby jointly stipulate to the dismissal WITH PREJUDICE of this action, to include any and all claims raised in, or which could have been raised in, this action.

Respectfully Submitted,

/s/Elizabeth Long
Elizabeth Long
16903 Vista Briar Drive
San Antonio, Texas 78247
Phone: 210-420-9421
Email: Eal62@outlook.com
*Pro Se Plaintiff*

*/s/ Matthew T. Anderson*

Matthew T. Anderson (OH B#: 0082730)
Luper Neidenthal & Logan, LPA
1160 Dublin Road, Suite 400
Columbus, Ohio 43215-1052
Phone: (614) 221-7663
Fax: (866) 345-4948
Email: manderson@LNLattorneys.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of April, 2023, I served the foregoing Stipulation via electronic mail only upon the following:

Elizabeth Long
eal62@outlook.com
*Pro Se Plaintiff*

/s/ *Matthew T. Anderson*
_____
Matthew T. Anderson